UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RODERICK CLARK,**

    **Plaintiff,**

v.        Case No. 3:16cv243/MCR/CJK

**OFFICER COLE,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 15, 2016.  ECF No. 4.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  After reviewing the record and the Recommendation, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of July, 2016.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**